*FILED*

2010 AUG 26  P 12: 40

RICHARD...
CLERK, U.S. DIST...
N...THERN DIS...
CALIF...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

**CV 1 0   80 2 08** MISC

Kenneth Melvin Bareilles - #044816

_____/



**ORDER TO SHOW CAUSE**

It appearing that Kenneth Melvin Bareilles has been suspended following a criminal conviction by the State Bar Court effective July 23, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before October 8, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

_____
VAUGHN R.  WALKER
United States District Chief Judge

Mailing Address:

Kenneth Melvin Bareilles
Attorney At Law
533 E St
Eureka, CA 95501-0313

United States District Court
For the Northern District of California