FILED

NOV 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80208 MISC VRW

Kenneth Melvin Bareilles,
                                     ORDER
State Bar No 044816
_____/

    On August 26, 2010, the court issued an order to show cause (OSC) why Kenneth Melvin Bareilles should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar Court following a criminal conviction, effective July 23, 2010.

    The OSC was mailed to Mr Bareilles's address of record with the State Bar on August 31, 2010. A written response was due on or before October 8, 2010. No response to the OSC has been filed as of this date.

    The court now orders Kenneth Melvin Bareilles removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Kenneth Melvin Bareilles

_____/

Case Number: CV10-80208 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Melvin Bareilles
533 E Street
Eureka, CA 95501-0313


Dated: November 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*