IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                                   No. C 12-80208

Kenneth Melvin Bareilles.                           **ORDER RE: PETITION FOR REINSTATEMENT**
                                        /

On July 23, 2010, the State Bar of California suspended Petitioner from the practice of law, following a criminal conviction. Accordingly, on August 26, 2010, this Court issued an order to show cause why Petitioner should not be suspended from the practice of law before this Court. Having received no response, this Court ordered petitioner's name removed from the roll of attorneys authorized to practice before this court on November 23, 2010. Petitioner now seeks reinstatement and authorization to practice in this Court, representing that his State Bar suspension order ended in July, 2011.

Reinstatement to practice in this Court is governed by Civil Local Rule 11. Pursuant to Civil L.R. 11-7(b)(3), an attorney disbarred, suspended or placed on disciplinary probation under the reciprocal discipline provisions of the rules may seek reinstatement upon completion of the period of suspension, disbarment or disciplinary probation by filing a petition for admission with the Clerk as provided in Civil L.R. 11-1(c) and paying the admission fee in accordance with 11-1(d).

Hence, Petitioner may seek reinstatement by submitting the appropriate petition and fee as provided by Civil L.R. 11-1(c) and (d).

**IT IS SO ORDERED.**

Dated: September 10, 2012

SUSAN ILLSTON
United States District Judge